**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1143**

_____

ALFRED ABDO, JR., d/b/a American Tax Planning
Company,

                                             Plaintiff - Appellant,

        versus

UNITED STATES INTERNAL REVENUE SERVICE,

                                             Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Frank W. Bullock, Jr.,
District Judge.  (CA-01-98-1)

_____

Submitted:  May 15, 2003                    Decided:  May 20, 2003

_____

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Alfred Abdo, Jr., Appellant Pro Se.  Bruce Raleigh Ellisen, Teresa
Thomas Milton, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alfred Abdo, Jr., appeals from the district court's orders: (1) permanently enjoining him from—among other things—giving tax advice, preparing income tax returns for others, and promoting abusive tax schemes; and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Abdo v. Internal Revenue Serv.</u>, No. CA-01-98-1 (M.D.N.C. Nov. 8 & Nov. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2